■ THE PEOPLE OF THE STATE OF NEW YORK, Respondent, v GUS GOODY, Appellant. [736 NYS2d 876] —Judgment, Supreme Court, New York County (Felice Shea, J.), rendered August 27, 1999, convicting defendant, after a jury trial, of criminal sale of a controlled substance in the third degree and criminal possession of a controlled substance in the third degree, and sentencing him, as a second felony offender, to concurrent terms of 4½ to 9 years, unanimously affirmed.

Read as a whole, the court's charge on accessorial liability, which included the definition set forth in Penal Law § 20.00, conveyed the appropriate standard. In context, the court's emphasis on the phrase "intentional participation" could not have distracted the jury from the statutory definition (*see, People v Johnson*, 181 AD2d 509, 510, *lv denied* 80 NY2d 833). Concur—Tom, J.P., Mazzarelli, Sullivan, Wallach and Marlow, JJ.